```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MAXIMINO HERNANDEZ FLORES,
*Individually and on behalf of others similarly situated*

                          Plaintiff,

- against -

HERMANA MIRABAL INC. (d/b/a CHERRY VALLEY SUPERMARKET) and MARTIN A. ESPINAL

                          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

17 Civ. 719 ( PAC )

**DEFAULT JUDGMENT**

        This action having been commenced on __1/30/2017__ by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, _____Hermana Mirabal Inc._____, on _03/1/2017_ by (STATE SPECIFICALLY HOW SERVICE WAS MADE ON DEFENDANT) personal service on _____Nancy Dougherty_____, and a proof of service having been filed on __3/20/2017__ and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

        ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $ 51,110.70 with interest at 9 % from __11/30/2013__ amounting to $ 56,954.49 plus costs and disbursements of this action in the amount of $ 620 amounting in all to $ 57,174.49.

Dated: New York, New York
       4/20/2017

                                                                             _/s/ Paul Crotty_
                                                                            U.S.D.J.

                                        This document was entered on the docket on _____.