```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/18
```

Crotty, P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAXIMINO FLORES,
*Individually and on behalf of others similarly situated*

                        Plaintiff,

      -against-

HERMANA MIRABAL, INC., (d/b/a CHERRY VALLEY
SUPERMARKET), and MARTIN A. ESPINAL

                       Defendants.
------------------------------------------------------------X

17-CV-719 (PAC)

**STIPULATION & ORDER OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel of record for Plaintiff and Defendants that any and all claims asserted by Plaintiff in the above entitled action are hereby discontinued and dismissed, with prejudice, as against Defendants, without costs or attorneys' fees to any party as against another.

Dated: February 29, 2017
New York, NY

_____
Colin Mulholland, Esq.

Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 4510
New York, NY 10165
P: (212) 317-1200
F: (212) 317-1620

*Attorneys for Plaintiff*

Dated: February 21, 2018
New York, NY

_____
Stuart Weinberger, Esq.

Goldberg and Weinberger LLP
630 Third Avenue, 18th Floor
New York, NY 10017
P: (212) 867-9595
F: (212) 949-1857

*Attorneys for Defendants*

SO ORDERED:

_____   3/2/2018
THE HONORABLE PAUL A. CROTTY